| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Lease Trust | Order Filed on May 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br>    Barbara Liranzo<br>            DEBTOR<br><br>    Barbara Cepedadeliranzo,<br>            CO-DEBTOR | Case No:   18-33523 VFP<br><br>Chapter: 13<br><br>Hearing Date: **May 2, 2019 at 10:00 A.M.**<br><br>Judge:  Vincent F. Papalia |

| |
|---|
| Recommended Local Form        ☐    Followed    ☐    Modified |

# ORDER VACATING STAY & CO- DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as: **2016 Lexus NX200T, VIN: JTJBARBZ6G2052587,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*