| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>BARBARA LIRANZO | Case No.: 18-33523<br><br>Adv. No.:<br><br>Hearing Date:  02/15/2024<br><br>Judge:  VFP |

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/16/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
BARBARA LIRANZO
72 E PASSAIC AVE
BLOOMFIELD, NJ  07003-3730
Mode of Service:  Regular Mail

Attorney for Debtor(s):
PETER PENA
LAW OFFICE OF PETER PENA
9 LEE PLACE
PATERSON, NJ  07505
Mode of Service:  ECF and/or Regular Mail

Dated:  January 16, 2024

By:  /S/  Keith Guarneri
Keith Guarneri