Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 7, 2024

**Chapter 13 Case # 18-33523**

Re:  BARBARA LIRANZO  
72 E PASSAIC AVE  
BLOOMFIELD, NJ  07003-3730

Atty:  PETER PENA  
LAW OFFICE OF PETER PENA  
9 LEE PLACE  
PATERSON, NJ  07505

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $9,780.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/07/2018 | $163.00 | 5453816000 | 01/07/2019 | $163.00 | 5526213000 |
| 02/06/2019 | $163.00 | 5602429000 | 03/06/2019 | $163.00 | 5684319000 |
| 04/08/2019 | $163.00 | 5769322000 | 05/06/2019 | $163.00 | 5841907000 |
| 06/07/2019 | $163.00 | 5922899000 | 07/08/2019 | $163.00 | 6000851000 |
| 08/07/2019 | $163.00 | 6078885000 | 09/09/2019 | $163.00 | 6162084000 |
| 10/07/2019 | $163.00 | 6238785000 | 11/06/2019 | $163.00 | 6312495000 |
| 12/09/2019 | $163.00 | 6388904000 | 01/07/2020 | $163.00 | 6464162000 |
| 02/07/2020 | $163.00 | 6543976000 | 03/09/2020 | $163.00 | 6621551000 |
| 04/07/2020 | $163.00 | 6695995000 | 05/07/2020 | $163.00 | 6776057000 |
| 06/08/2020 | $163.00 | 6851867000 | 07/07/2020 | $163.00 | 6925156000 |
| 08/10/2020 | $163.00 | 7004773000 | 09/08/2020 | $163.00 | 7071907000 |
| 10/07/2020 | $163.00 | 7144047000 | 11/09/2020 | $163.00 | 7219299000 |
| 12/07/2020 | $163.00 | 7292525000 | 01/07/2021 | $163.00 | 7364239000 |
| 02/08/2021 | $163.00 | 7440172000 | 03/08/2021 | $163.00 | 7511205000 |
| 04/07/2021 | $163.00 | 7583370000 | 06/11/2021 | $163.00 | 7734227000 |
| 07/07/2021 | $163.00 | 7795168000 | 08/09/2021 | $163.00 | 7866904000 |
| 09/07/2021 | $163.00 | 7933320000 | 10/08/2021 | $163.00 | 8002429000 |
| 11/08/2021 | $163.00 | 8069208000 | 12/07/2021 | $163.00 | 8131731000 |
| 01/06/2022 | $163.00 | 8193312000 | 02/07/2022 | $163.00 | 8262714000 |
| 03/09/2022 | $163.00 | 8329732000 | 04/07/2022 | $163.00 | 8390288000 |
| 05/09/2022 | $163.00 | 8456262000 | 06/06/2022 | $163.00 | 8513968000 |
| 07/07/2022 | $163.00 | 8572670000 | 08/09/2022 | $163.00 | 8639159000 |
| 09/07/2022 | $163.00 | 8693902000 | 10/06/2022 | $163.00 | 8752861000 |
| 11/07/2022 | $163.00 | 8813833000 | 12/07/2022 | $163.00 | 8869641000 |
| 01/09/2023 | $163.00 | 8925589000 | 02/08/2023 | $163.00 | 8985751000 |
| 03/08/2023 | $163.00 | 9042223000 | 04/06/2023 | $163.00 | 9096947000 |
| 05/08/2023 | $163.00 | 9156349000 | 06/08/2023 | $163.00 | 9210199000 |
| 07/10/2023 | $163.00 | 9265010000 | 08/07/2023 | $163.00 | 9316710000 |
| 09/08/2023 | $163.00 | 9369061000 | 10/05/2023 | $163.00 | 9416100000 |

**Chapter 13 Case # 18-33523**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/07/2023 | $163.00 | 9471944000 | 01/30/2024 | $165.00 | 9606459000 |

**Total Receipts: $9,782.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $9,782.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 567.63 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE, N.A. | UNSECURED | 1,118.65 | * | 86.61 | |
| 0003 | KOHLS/CAPONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 2,370.60 | 100.00% | 2,370.60 | |
| 0006 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 70,062.21 | * | 5,678.79 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,769.81 | * | 305.56 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 3,784.93 | * | 306.79 | |
| 0012 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0013 | TOYOTA LEASE TRUST | UNSECURED | 2,518.17 | * | 204.11 | |
| 0014 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,308.17 | * | 101.28 | |

**Total Paid: $9,621.37**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE, N.A. | | | | | | | |
| | 06/15/2020 | $5.49 | 850512 | | 09/21/2020 | $6.13 | 855986 |
| | 12/21/2020 | $6.13 | 861486 | | 03/15/2021 | $6.13 | 866801 |
| | 07/19/2021 | $6.16 | 873992 | | 10/18/2021 | $6.23 | 879185 |
| | 01/10/2022 | $6.29 | 884180 | | 04/18/2022 | $6.33 | 889287 |
| | 07/18/2022 | $6.39 | 894399 | | 10/17/2022 | $6.40 | 899238 |
| | 01/09/2023 | $6.25 | 903852 | | 04/17/2023 | $6.27 | 908581 |
| | 07/17/2023 | $6.21 | 913187 | | 10/16/2023 | $6.20 | 917683 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 06/15/2020 | $6.41 | 850586 | | 09/21/2020 | $7.18 | 856072 |
| | 12/21/2020 | $7.17 | 861571 | | 03/15/2021 | $7.16 | 866879 |
| | 07/19/2021 | $7.20 | 874075 | | 10/18/2021 | $7.29 | 879271 |
| | 01/10/2022 | $7.36 | 884266 | | 04/18/2022 | $7.40 | 889378 |
| | 07/18/2022 | $7.47 | 894478 | | 10/17/2022 | $7.48 | 899320 |
| | 01/09/2023 | $7.32 | 903934 | | 04/17/2023 | $7.32 | 908684 |
| | 07/17/2023 | $7.27 | 913278 | | 10/16/2023 | $7.25 | 917769 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | | | | |
| | 04/15/2019 | $614.84 | 822944 | | 05/20/2019 | $153.71 | 824903 |
| | 06/17/2019 | $156.48 | 826966 | | 07/15/2019 | $156.48 | 828832 |
| | 08/19/2019 | $156.48 | 830718 | | 09/16/2019 | $156.48 | 832791 |
| | 10/21/2019 | $160.56 | 834753 | | 11/18/2019 | $154.52 | 836860 |
| | 12/16/2019 | $154.52 | 838796 | | 01/13/2020 | $154.52 | 840678 |
| | 02/10/2020 | $154.52 | 842555 | | 03/16/2020 | $154.52 | 844431 |
| | 04/20/2020 | $42.97 | 846379 | | | | |

**Chapter 13 Case # 18-33523**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 04/20/2020 | $5.09 | 8001482 | | 05/18/2020 | $6.70 | 8001532 |
| | 06/15/2020 | $6.70 | 8001591 | | 07/20/2020 | $6.89 | 8001651 |
| | 08/17/2020 | $6.88 | 8001715 | | 09/21/2020 | $6.88 | 8001772 |
| | 10/19/2020 | $6.89 | 8001836 | | 11/16/2020 | $6.88 | 8001892 |
| | 12/21/2020 | $6.88 | 8001947 | | 01/11/2021 | $6.90 | 8002011 |
| | 02/22/2021 | $6.88 | 8002065 | | 03/15/2021 | $6.87 | 8002123 |
| | 04/19/2021 | $6.90 | 8002171 | | 05/17/2021 | $6.88 | 8002234 |
| | 07/19/2021 | $7.00 | 8002330 | | 08/16/2021 | $7.00 | 8002383 |
| | 09/20/2021 | $6.99 | 8002432 | | 10/18/2021 | $6.99 | 8002481 |
| | 11/17/2021 | $7.07 | 8002529 | | 12/13/2021 | $7.07 | 8002581 |
| | 01/10/2022 | $7.07 | 8002633 | | 02/14/2022 | $7.08 | 8002683 |
| | 03/14/2022 | $7.07 | 8002741 | | 04/18/2022 | $7.16 | 8002785 |
| | 05/16/2022 | $7.20 | 8002843 | | 06/20/2022 | $7.20 | 8002892 |
| | 07/18/2022 | $7.18 | 8002950 | | 08/15/2022 | $7.18 | 8002997 |
| | 09/19/2022 | $7.17 | 8003048 | | 10/17/2022 | $7.18 | 8003103 |
| | 11/14/2022 | $7.04 | 8003148 | | 12/12/2022 | $7.03 | 8003201 |
| | 01/09/2023 | $7.04 | 8003257 | | 02/13/2023 | $7.03 | 8003309 |
| | 03/13/2023 | $7.03 | 8003367 | | 04/17/2023 | $7.03 | 8003414 |
| | 05/15/2023 | $7.05 | 8003472 | | 06/12/2023 | $6.96 | 8003529 |
| | 07/17/2023 | $6.96 | 8003582 | | 08/14/2023 | $6.94 | 8003637 |
| | 09/18/2023 | $6.96 | 8003690 | | 10/16/2023 | $6.97 | 8003749 |
| | 11/13/2023 | $6.85 | 8003806 | | 12/11/2023 | $6.84 | 8003859 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/20/2020 | $5.11 | 8001484 | | 05/18/2020 | $6.73 | 8001535 |
| | 06/15/2020 | $6.73 | 8001596 | | 07/20/2020 | $6.89 | 8001652 |
| | 08/17/2020 | $6.91 | 8001712 | | 09/21/2020 | $6.94 | 8001771 |
| | 10/19/2020 | $6.89 | 8001838 | | 11/16/2020 | $6.91 | 8001891 |
| | 12/21/2020 | $6.94 | 8001948 | | 01/11/2021 | $6.88 | 8002006 |
| | 02/22/2021 | $6.94 | 8002066 | | 03/15/2021 | $6.89 | 8002122 |
| | 04/19/2021 | $6.93 | 8002172 | | 05/17/2021 | $6.91 | 8002226 |
| | 07/19/2021 | $7.02 | 8002327 | | 08/16/2021 | $7.02 | 8002379 |
| | 09/20/2021 | $7.05 | 8002429 | | 10/18/2021 | $6.99 | 8002478 |
| | 11/17/2021 | $7.13 | 8002525 | | 12/13/2021 | $7.07 | 8002578 |
| | 01/10/2022 | $7.12 | 8002630 | | 02/14/2022 | $7.08 | 8002680 |
| | 03/14/2022 | $7.10 | 8002734 | | 04/18/2022 | $7.22 | 8002787 |
| | 05/16/2022 | $7.21 | 8002840 | | 06/20/2022 | $7.23 | 8002894 |
| | 07/18/2022 | $7.21 | 8002945 | | 08/15/2022 | $7.21 | 8002995 |
| | 09/19/2022 | $7.20 | 8003042 | | 10/17/2022 | $7.21 | 8003097 |
| | 11/14/2022 | $7.06 | 8003146 | | 12/12/2022 | $7.06 | 8003198 |
| | 01/09/2023 | $7.07 | 8003253 | | 02/13/2023 | $7.06 | 8003305 |
| | 03/13/2023 | $7.04 | 8003364 | | 04/17/2023 | $7.06 | 8003416 |
| | 05/15/2023 | $7.09 | 8003469 | | 06/12/2023 | $6.99 | 8003527 |
| | 07/17/2023 | $6.99 | 8003578 | | 08/14/2023 | $6.96 | 8003636 |
| | 09/18/2023 | $6.99 | 8003692 | | 10/16/2023 | $7.01 | 8003758 |
| | 11/13/2023 | $6.84 | 8003807 | | 12/11/2023 | $6.90 | 8003860 |

**Chapter 13 Case # 18-33523**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 04/20/2020 | $94.66 | 847586 | | 05/18/2020 | $124.50 | 849394 |
| | 06/15/2020 | $124.49 | 851081 | | 07/20/2020 | $127.96 | 852938 |
| | 08/17/2020 | $127.95 | 854770 | | 09/21/2020 | $127.91 | 856636 |
| | 10/19/2020 | $128.00 | 858476 | | 11/16/2020 | $127.94 | 859534 |
| | 12/21/2020 | $127.92 | 861346 | | 01/11/2021 | $127.99 | 863150 |
| | 02/22/2021 | $127.93 | 864798 | | 03/15/2021 | $127.98 | 866673 |
| | 04/19/2021 | $127.93 | 868321 | | 05/17/2021 | $127.94 | 870234 |
| | 07/19/2021 | $130.04 | 873829 | | 08/16/2021 | $130.02 | 875515 |
| | 09/20/2021 | $129.97 | 877238 | | 10/18/2021 | $130.09 | 879022 |
| | 11/17/2021 | $131.38 | 880721 | | 12/13/2021 | $131.44 | 882351 |
| | 01/10/2022 | $131.39 | 884010 | | 02/14/2022 | $131.42 | 885692 |
| | 03/14/2022 | $131.39 | 887404 | | 04/18/2022 | $133.50 | 889083 |
| | 05/16/2022 | $133.47 | 890809 | | 06/20/2022 | $133.44 | 892474 |
| | 07/18/2022 | $133.49 | 894213 | | 08/15/2022 | $133.49 | 895774 |
| | 09/19/2022 | $133.53 | 897370 | | 10/17/2022 | $133.47 | 899035 |
| | 11/14/2022 | $130.74 | 900608 | | 12/12/2022 | $130.69 | 902176 |
| | 01/09/2023 | $130.74 | 903662 | | 01/09/2023 | ($130.74) | 903662 |
| | 01/09/2023 | $130.74 | 904808 | | 02/13/2023 | $130.70 | 905168 |
| | 03/13/2023 | $130.75 | 906787 | | 04/17/2023 | $130.73 | 908352 |
| | 05/15/2023 | $130.67 | 909980 | | 06/12/2023 | $129.34 | 911437 |
| | 07/17/2023 | $129.31 | 912951 | | 08/14/2023 | $129.37 | 914464 |
| | 09/18/2023 | $129.33 | 915956 | | 10/16/2023 | $129.26 | 917460 |
| | 11/13/2023 | $127.32 | 918881 | | 12/11/2023 | $127.21 | 920307 |
| TOYOTA LEASE TRUST | | | | | | | |
| | 05/18/2020 | $7.87 | 848308 | | 07/20/2020 | $9.08 | 851748 |
| | 09/21/2020 | $9.21 | 855402 | | 11/16/2020 | $9.19 | 859116 |
| | 01/11/2021 | $9.19 | 862781 | | 03/15/2021 | $9.20 | 866287 |
| | 05/17/2021 | $9.21 | 869803 | | 08/16/2021 | $9.33 | 875112 |
| | 10/18/2021 | $9.35 | 878628 | | 12/13/2021 | $9.44 | 881993 |
| | 02/14/2022 | $9.46 | 885302 | | 04/18/2022 | $9.52 | 888691 |
| | 06/20/2022 | $9.60 | 892117 | | 08/15/2022 | $9.60 | 895451 |
| | 10/17/2022 | $9.59 | 898722 | | 12/12/2022 | $9.40 | 901879 |
| | 02/13/2023 | $9.39 | 904873 | | 04/17/2023 | $9.39 | 908055 |
| | 06/12/2023 | $9.34 | 911179 | | 08/14/2023 | $9.30 | 914230 |
| | 10/16/2023 | $9.31 | 917234 | | 12/11/2023 | $9.14 | 920092 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 07, 2024.

Receipts: $9,782.00     -     Paid to Claims: $9,053.74     -     Admin Costs Paid: $567.63     =     Funds on Hand: $160.63

Base Plan Amount: $9,780.00     -     Receipts: $9,782.00     =     Total Unpaid Balance: **($2.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.