**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

PETER PENA, ESQ.
PP0324
ONE LEE PLACE
PATERSON, NEW JERSEY 07505
(973) 278-8000
ATTORNEY FOR DEBTOR

Order Filed on March 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BARBARA LIRANZO

| | |
|---|---|
| Case No: | 18-33523 |
| Chapter: | 13 |
| Hearing Date: | 3-21-2024 @ 10:00 |
| Judge: | PAPALIA |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ MORTGAGE     ☐ LIEN     ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 21, 2024**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 72 EAST PASSAIC AVENUE BLOOMFIELD, NEW JERSEY

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: HOMECOMINGS FINANCIAL LLC
b. Current Assignee: TOWD POINT MASTER FUNDING TRUST 2018-PM22 CO1
c. Current Servicer: US BANK NATIONAL ASSOCIATION (TRUSTEE)
d. Date of Mortgage/Lien: FEBRUARY 28, 2007
e. Date of Recordation: MARCH 9, 2007
f. Place of Recordation: ESSEX COUNTY REGISTER
   i. Mortgage Book: 12035
   ii. Page: 7254
g. Original Principal Balance of Mortgage/Lien: $ 87,400

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*