# PETER PEÑA
ATTORNEY AT LAW

ONE LEE PLACE
PATERSON, NEW JERSEY 07505

T 973-278-8000
F 973-278-1223
PETER_PENALAW@YAHOO.COM

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 APR -1 P 3: 15

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

March 21, 2024

Clerk,
United States Bankruptcy Court
District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, New Jersey
07102

    Re: Barbara Liranzo
        Case number 18-33523

Dear Sir/Madam:

Attached please find an Order entered by the Court Discharging a Mortgage.

Would you kindly provide an exemplified copy so that I can record same with the County Register's Office.

I have attached hereto a check in the sum of $23.00 and a return envelope.

                                                      Very truly yours,

                                                      Peter Pena, Esq.

PP/jp

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PETER PENA, ESQ.<br>PP0324<br>ONE LEE PLACE<br>PATERSON, NEW JERSEY 07505<br>(973) 278-8000<br>ATTORNEY FOR DEBTOR | |
| In Re:<br><br>BARBARA LIRANZO | |

Order Filed on March 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-33523

Chapter: 13

Hearing Date: 3-21-2024 @ 10:00

Judge: PAPALIA

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ MORTGAGE    ☐ LIEN    ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 21, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 72 EAST PASSAIC AVENUE BLOOMFIELD, NEW JERSEY

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: HOMECOMINGS FINANCIAL LLC
b. Current Assignee: TOWD POINT MASTER FUNDING TRUST 2018-PM22 CO1
c. Current Servicer: US BANK NATIONAL ASSOCIATION (TRUSTEE)
d. Date of Mortgage/Lien: FEBRUARY 28, 2007
e. Date of Recordation: MARCH 9, 2007
f. Place of Recordation: ESSEX COUNTY REGISTER
   i. Mortgage Book: 12035
   ii. Page: 7254
g. Original Principal Balance of Mortgage/Lien: $ 87,400

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

rev.12/1/17



PETER PEÑA
ATTORNEY AT LAW
ONE LEE PLACE
PATERSON, NEW JERSEY 07505

U.S. BANKRUPTCY COURT
NEWARK, NJ
2024 APR -1 P 3: 15

Clerk
United States Bankruptcy Court
District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

XRAYED