Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.: 18−33523−VFP
                               Chapter:  13
                               Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Barbara Liranzo
    72 E Passaic Ave
    Bloomfield, NJ 07003−3730

Social Security No.:
    xxx−xx−5952

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>September 12, 2024</u>                  <u>Vincent F. Papalia</u>
                                             Judge, United States Bankruptcy Court